IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA, :

    Plaintiff, : Case No. 3:17cr91

vs. : JUDGE WALTER H. RICE

ERIC MALCOLM, : *Nunc Pro Tunc 6/27/2017*

    Defendant. :

---

### AMENDED PRELIMINARY PRETRIAL ORDER; TRIAL DATE AND OTHER DATES SET

---

| | |
|---|---|
| Date of Scheduling Conference | 6/27/2017 |
| Jury Trial Date | 8/21/2017 |
| Final Pretrial Conference (by telephone) | 8/14/2017 at 5:00 pm |
| Motion Filing Deadline | |
|   Oral and Evidentiary Motions | 7/31/2017 |
|   Other Motions | 8/7/2017 |
| Discovery Cut-off | 8/17/2017 |
| Speedy Trial Deadline | **8/21/2017 but waived by acceptance of 8/25/2017 plea date on the record, the Court finding that within the factual and legal confines of this case, the ends of justice outweigh the interests of the public and the Defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(a).** |

August 25, 2017

WALTER H. RICE
UNITED STATES DISTRICT JUDGE